RUTH H. VAN COURT, Respondent, v. BENJAMIN F. JAY et al., Individually and as Copartners under the Name of B. F. JAY & COMPANY, Appellants.

MARTIN, P. J. (dissenting). The agreement sued on may not be read as imposing upon the defendants an absolute agreement to pay a minimum royalty in any event; the obligation is to pay the minimum royalty named or suffer the revocation of the license. (*Wing* v. *Ansonia Clock Co.,* 102 N. Y.

531; *Ebert* v. *Loewenstein,* 42 App. Div. 109.) The motion to dismiss the complaint should have been granted.

Untermyer, Dore, Cohn and Callahan, JJ., concur in decision; Martin, P. J , dissents in opinion.

Order affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of order, on payment of said costs. No opinion. [See *post,* p. 843.]